## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 562 EAL 2019

               Respondent

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

               v.

KHALID M. HARTH,

               Petitioner

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of June, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to the remaining issue.  The issue, as stated by petitioner, is:

> Was the Superior Court's order to remand for a new hearing on the Commonwealth's due diligence in error, insofar as it contradicts precedent and impermissibly gives the Commonwealth a second chance to prove diligence, when the Commonwealth had a full and fair opportunity to do so and failed to meet its burden?